RAYMOND, COUNTY TREASURER, *v.* CHICAGO
EDISON COMPANY.

SAME *v.* CHICAGO CITY RAILWAY COMPANY.

SAME *v.* SOUTH CHICAGO CITY RAILWAY COMPANY.

SAME *v.* PEOPLE'S GAS LIGHT AND COKE COMPANY.

SAME *v.* CHICAGO TELEPHONE COMPANY.

SAME *v.* CHICAGO CONSOLIDATED TRACTION
COMPANY.

APPEALS FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE NORTHERN DISTRICT OF ILLINOIS.

Nos. 116, 117, 118, 119, 120, 121.   Argued April 8, 9, 1907.—Decided October 21, 1907.

Decided on the authority of *Raymond* v. *Chicago Union Traction Company,*
*ante,* p. 20.

Argued simultaneously with No. 115.[1]

MR. JUSTICE PECKHAM delivered the opinion of the court.

These cases involve the same principle as that already de-
cided in No. 115, *ante,* p. 20, and although the facts differ
somewhat in the various cases, yet they present substantially
the same questions, and the judgment in each case is therefore
*Affirmed.*

_____

[1] For names of counsel see *ante,* pp. 29, 33.